IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00400-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEONARD PRICE IRELAND,

    Defendant.

---

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

**ORDERED** that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Leonard Price Ireland before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated this 22d day of October, 2009.

**BY THE COURT:**

*/s/ Kathleen M. Tafoya*

Kathleen M. Tafoya
United States Magistrate Judge