IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00400-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD PRICE IRELAND,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's Motion to Suppress Evidence and Statements [Docket No. 17].  It is

    ORDERED that a hearing on the motion is set for **December 23, 2009 at 10:00 a.m.**

    DATED December 15, 2009.