IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00400-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONARD PRICE IRELAND,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED the trial preparation conference set for **January 15, 2010 at 2:30 p.m.** will be converted to a status conference.

    DATED January 14, 2010.